## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JAMES CARPENTER, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No.:  2:20-cv-00916 |
| CITY OF PHILADELPHIA and | : |
| LAWRENCE KRASNER, | : |
| | : |
| Defendants. | : |

### STIPULATION TO DISMISS LITIGATION WITH PREJUDICE

Plaintiff James Carpenter and Defendants City of Philadelphia and Lawrence Krasner hereby stipulate that Plaintiff's claims in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and each party shall bear its own attorneys' fees, costs and expenses.

**SIDNEY L. GOLD & ASSOCIATES, P.C.**

/s/Sidney L. Gold, Esquire
Sidney L. Gold, Esquire
Traci M. Greenberg, Esquire
1835 Market Street, Suite 515
Philadelphia, PA 19103
*Counsel for Plaintiff James Carpenter*

Date: _03/31/2021_____

**SCHNADER HARRISON SEGAL & LEWIS LLP**

/s/ David Smith
David Smith
Anne E. Kane
Samantha Banks
1600 Market Street, Suite 3600
Philadelphia, PA 19103
*Counsel for Lawrence S. Krasner*

**CITY OF PHILADELPHIA LAW DEPARTMENT**

/s/ Lisa A. Swiatek
Lisa A. Swiatek
Benjamin Patchen
Deputy City Solicitors
Labor and Employment Unit
*Counsel for the City of Philadelphia*

Date: March 31, 2021